# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>      Plaintiff,<br>   v.<br><br>WIGGY'S, INC.,<br><br>      Defendant. | Civil Action No. 2:25-cv-00311 |

## STIPULATION FOR DISMISSAL

Plaintiff, Roosevelt Bradley, and Defendant, Wiggy's, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 30, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By:   */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

CIOBANU LAW, P.C.

By*:   /s/ Andrea L. Ciobanu*
Andrea L. Ciobanu, Esq.
902 E. 66th Street
Indianapolis, Indiana 46220
Telephone: (317) 495-1090

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 30th day of September, 2025.

                                                  */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet