# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:25-CV-311-PPS-AZ |
| | ) |
| WIGGY'S INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Roosevelt Bradley, and Defendant, Wiggy's Inc., by their counsel, filed a Stipulation for Dismissal. [DE 11.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 11] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire action **WITH PREJUDICE**, with each party to bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

The Clerk is **ORDERED** to **CLOSE** this case.

ENTERED: October 1, 2025.

          /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT